JOSH COLE AICKLEN, ESQ.
NEVADA BAR NO. 007254
BROOKE A. BOHLKE, ESQ.
NEVADA BAR NO. 9374
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel: 702.693.4335
Fax: 702.366.9563
Josh.Aicklen@lewisbrisbois.com
Brooke.Bohlke@lewisbrisbois.com

Attorneys for Defendant
ARAMARK CAMPUS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AILISHA VAUGHN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARAMARK CAMPUS, LLC, a Foreign Limited Liability Company; DOE INDIVIDUALS I-X; and ROE Business Organizations I-XX,<br><br>    Defendants. | Case No.  2:25-cv-00447-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Pursuant to LR 26-4 and the scheduling order (Doc. 12) in this matter, Defendant ARAMARK CAMPUS, LLC ("Defendant") by and through their attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, and Plaintiff AILISHA VAUGHN ("Plaintiff"), by and through her counsel of record, James P. Kemp, Esq., Collectively, "the Parties" hereby respectfully submit their Stipulation and Order to Extend Time for Discovery (First Request) pursuant Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-4.

This is the Parties' First Request for an Extension of Time, and the same is not brought for purposes of delay, but rather for the sole purpose of allowing the parties to

Case No.  2:25-cv-00447-APG-EJY

JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

160431746.1

diligently and adequately prepare their respective cases for either settlement discussions or trial.

## I. CASE BACKGROUND

The subject lawsuit filed by Plaintiff Ailisha Vaughn alleges "claims of employment discrimination," specifically involving claims under federal statutes 42 U.S.C. § 1981 ("Section 1981"), Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. ("Title VII"), Americans with Disabilities Act, 42 U.S.C.A. §§ 12101, et seq. ("ADA"), and Family and Medical Leave Act, 29 U.S.C. §§ 2611, et seq. ("FMLA").

## II. DISCOVERY COMPLETED

The parties have completed the following discovery:

1. Defendant's Request for Admissions Directed to Plaintiff, dated 05/23/25;
2. Defendant's Notice of Plaintiff's Ailisha Vaughn Deposition (date to be determined), dated 05/23/25;
3. Defendant's First Set of Requests for the Production of Documents to Plaintiff Ailisha Vaugh, dated 05/23/25;
4. Defendant's First Set of Interrogatories to Plaintiff Ailisha Vaugh, dated 05/23/25;
5. Defendant's Initial FRCP 26(a)(1) Disclosure, dated 05/27/25;
6. Plaintiff Ailisha Vaugh Answers to Defendant's First Set of Request for Admissions, Interrogatories, Requests for the Production of Documents dated 07/11/252.

## III. DISCOVERY REMAINING TO BE COMPLETED

The following discovery remains to be completed and is being pursued by the parties:

1. Deposition of Plaintiff;
2. NRCP 30(b)(6) deposition of Defendant;
3. Fact and witness depositions;
4. Initial Expert Disclosures;
5. Rebuttal Expert disclosures;

6. Expert depositions;

7. Parties to participate in Early Neutral Evaluation;

8. The Parties anticipate additional written discovery may take place, and

9. Any additional discovery the parties deem necessary.

## IV. REASONS FOR REQUESTED EXTENSION

The parties submit that good cause necessitates their requested extension for a multitude of reasons. Pursuant to LR 26-4 , a stipulation to extend any date set by the applicable discovery scheduling order must be supported by a showing of "good cause" and filed no later than 21 days before the discovery cut-off date. Here, good cause exists for extending discovery as the parties have timely submitted their request and have acted in good faith in attempting to comply with the discovery deadlines.

Further, the parties have not purposefully procrastinated or caused undue delay but continue to diligently pursue discovery in this matter. Various discovery remains to be completed and additional time is respectfully requested in order for the parties to be able to complete this discovery, as outlined above. The Parties filed a Joint Motion Requesting Assignment to the Early Neutral Evaluation Program (ECF No. [14]) which was granted on 7/2/2025 and the Parties were very recently assigned a U.S. Magistrate Judge for purposes of conducting an Early Neutral Evaluation, however, the parties have not been provided with any dates as of yet.

Additionally, Plaintiff was served with written discovery and has requested multiple extensions due to medical issues causing her to be unable to respond which also prevents Defendant from serving subpoenas for medical records to defend against medical claims for discrimination.

Furthermore, should participation in the Early Neutral Evaluation Program not move the parties towards settlement, the Parties will need additional time to conduct additional written discovery, obtain and review Plaintiff's medical and employment records, retain experts, locate and subpoena fact and other witnesses, and take depositions of Plaintiff, experts, treating physicians, and fact witnesses.

1  Therefore, the parties are requesting additional time to participate in the Early
2  Neutral Evaluation Program and complete discovery, if the parties cannot bridge the gap
3  to settlement following their participation.

The first discovery deadline is September 29, 2025. Accordingly, this request is being brought more than 21 days prior to that date pursuant to LR 26-4. Here, good cause exists because the parties have been as diligent as possible in conducting discovery, however, additional time is needed to obtain and review documents and then set depositions essential to this matter and other related discovery that is needed.

Based on the foregoing, the parties respectfully request this Honorable Court grant their requested extension of the deadlines for Ninety (90) days, which, if granted, would be the parties' first extension of the discovery deadlines in this case. This request is not made in bad faith or to impose any unnecessary delays in the resolution of this matter.

## V. CURRENT AND PROPOSED SFOR COMPLETING REMAINING DISCOVERY

| Scheduled Event | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Close of Discovery | September 29, 2025 | December 29, 2025 |
| File Motions to Amend Pleadings & Add Parties | July 1, 2025 | September 29 2025 |
| Initial Expert Disclosures | July 31, 2025 | October 29, 2025 |
| Rebuttal Expert Disclosures | September 1, 2025 | November 30, 2025 |
| Dispositive Motions | October 29, 2025 | January 27, ~~2025~~ 2026 |

/ / /
/ / /
/ / /
/ / /
/ / /

## VI. CONCLUSION

Based on the foregoing, the Parties respectfully request that this Honorable Court approve this First Stipulation to Extend the Time for Discovery.

**APPROVED AS TO FORM AND CONTENT.**

**IT IS SO STIPULATED AND AGREED.**

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

| | |
|---|---|
| Dated this 23rd_ day of July, 2025. | Dated this _23rd__ day of July, 2025. |
| KEMP & KEMP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By:   /s/ James P. Kemp | By:   /s/ Brooke A. Bohlke |
| James P. Kemp<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>Tel:  702.258.1183<br>Fax:  702.258.6983<br>jp@kemp-attorneys.com | Josh Cole Aicklen<br>Brooke A. Bohlke<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Tel:  702.693.4335<br>Fax:  702.366.9563<br>Josh.Aicklen@lewisbrisbois.com<br>Brooke.Bohlke@lewisbrisbois.com |
| *Attorneys for Plaintiff*<br>*Ailisha Vaughn* | *Attorneys for Defendant*<br>*Aramark Campus, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date:  July 23, 2025