JOSH COLE AICKLEN, ESQ.
NEVADA BAR NO. 007254
BROOKE A. BOHLKE, ESQ.
NEVADA BAR NO. 9374
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel:  702.693.4335
Fax:  702.366.9563
Josh.Aicklen@lewisbrisbois.com
Brooke.Bohlke@lewisbrisbois.com

Attorneys for Defendant
ARAMARK CAMPUS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AILISHA VAUGHN, | Case No.   2:25-cv-00447 |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ARAMARK CAMPUS, LLC, a Foreign Limited Liability Company; DOE INDIVIDUALS I-X; and ROE Business Organizations I-XX, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff AILISHA VAUGHN ("Plaintiff") and Defendant ARAMARK CAMPUS, LLC ("Defendant" or "Aramark"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-referenced action with prejudice in its entirety, with each party to bear the party's own attorneys' fees and costs.

Dated: November 17, 2025

Respectfully submitted,

/s/ James P. Kemp                .
James P. Kemp
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
Tel: 702.258.1183
Fax: 702.258.6983
jp@kemp-attorneys.com

*Attorney for Plaintiff*
*Ailisha Vaughn*

/s/ Anne E. Martinez                .
Anne E. Martinez
(admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
Tel:  305.415.3000
Fax:  305.415.3001
anne.martinez@morganlewis.com

Josh Cole Aicklen
Brooke A. Bohlke
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Tel:  702.693.4335
Fax:  702.366.9563
Josh.Aicklen@lewisbrisbois.com
Brooke.Bohlke@lewisbrisbois.com

*Attorneys for Defendant*
*Aramark Campus, LLC*

**IT IS SO ORDERED** November 19, 2025.

_____
James C. Mahan
United States District Judge

# PROOF OF SERVICE

I, Nicole Christinzio, declare:

I am a citizen of the United States and employed in Las Vegas, Clark County, Nevada. I am over the age of eighteen years and not a party to the within entitled action. My business address is MORGAN, LEWIS & BOCKIUS LLP, 2222 Market Street, Philadelphia, PA 19103. On November 17, 2025, I served a copy of the within document(s):

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

☒ by electronically filing the document(s) listed above using the PACER CM/ECF system, which will send notification of such filing to all counsel of record, including the person(s) listed below.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

James P. Kemp
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
Phone:  (702) 258-1183
Fax:      (702) 258-6983
Email:  jp@kemp-attorneys.com

*Attorney for Plaintiff Ailisha Vaughn*

*/s/ Nicole Christinzio*                              .
An Employee of MORGAN, LEWIS & BOCKIUS LLP

Case No.  2:25-cv-00447